### 17283. BOYER *v.* THE STATE.

BLOODWORTH, J. The motion for a new trial in this case contains the general grounds only. The conviction of the accused was authorized by the evidence, and no error of law is shown to have been committed.

*Judgment affirmed. Broyles, C. J., and Luke, J., concur.*

DECIDED MAY 12, 1926.

Conviction of larceny after trust; from Laurens superior court —Judge Camp. February 27, 1926.

*J. A. Merritt,* for plaintiff in error.

*Fred Kea, solicitor-general, Hightower & New,* contra.

Criminal Law, 16 C. J. p. 1180, n. 74.

---

### 17284. JACKSON *v.* THE STATE.

BROYLES, C. J. The motion for a new trial contained the usual general grounds only; the verdict was authorized by the evidence; and the refusal to grant a new trial was not error.

*Judgment affirmed. Luke and Bloodworth, JJ., concur.*

DECIDED MAY 12, 1926.

Conviction of larceny; from Laurens superior court—Judge Camp. February 27, 1926.

*J. A. Merritt,* for plaintiff in error.

*Fred Kea, solicitor-general,* contra.

Criminal Law, 16 C. J. p. 1180, n. 74.